# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ROY MUNN,                              )
                                       )
    Plaintiff,                )
v.                                     )          CV418-175
                                       )
RANDI HOLDINGS, LLC, *et al.*,         )
                                       )
    Defendants.               )

## ORDER

The Court held a status conference on July 18, 2019 to inquire about the parties' progress in settlement negotiations in this Americans with Disabilities Act suit. During that conference, the parties advised that they had engaged in fruitful settlement discussions and did not see an immediate need for the Court's involvement to facilitate their conclusion. The parties are **DIRECTED** to file a status report within twenty-one days, *i.e.*, by August 8, 2019, informing the Court as to the status of their settlement negotiations. In the event that the case has not settled, the parties are further **DIRECTED** to inform the Court as to their interest in a court-directed settlement conference before the undersigned.

**SO ORDERED**, this 18th day of July, 2019.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia