# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ROY MUNN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV418-175 |
| RANDI HOLDINGS, LLC, *et al.*, | ) ) ) |
| Defendants. | ) |

# ORDER

The parties, in their required status report, have advised the Court that they are optimistic that their ongoing settlement discussions will resolve this case. Doc. 37 at 2. To that end, they seek seven days to finalize their negotiations. *Id.* Although the Court asked the parties to report whether they believed its involvement in a settlement conference would facilitate this case's resolution, the parties are free to engage in further negotiations, subject only to the deadlines in the Scheduling Order. To the extent that the parties seek extension on any deadline related to their settlement negotiations, it is **DISMISSED as moot**.

**SO ORDERED**, this 8th day of August, 2019.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia