**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

ROY MUNN,

    Plaintiffs,

v.

RANDI HOLDINGS, LLC; and MICHAEL BARTLETT,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-175

## O R D E R

Presently before the Court is the parties' Joint Notice of Settlement and Stipulation of Dismissal with Prejudice filed on August 22, 2019. (Doc. 41.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** this case **WITH PREJUDICE**. The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 30th day of August, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA